[APPEARANCES LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff–Counterclaim Defendant<br>v.<br>LEXAR MEDIA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, the parties jointly file this stipulated request for an order shortening the time for the filing of Lexar's Opposition to Toshiba's Motion for a Protective Order ("Opposition"), Toshiba's Reply in Support of its Motion for a Protective Order ("Reply"), and, if the Court deems it necessary, a hearing on that motion.

Toshiba filed its Motion for a Protective Order on August 22, 2005, and noticed it under Civil L.R. 7-2 for hearing on September 27, 2005, before Judge Jenkins. The motion has been referred to Magistrate Judge Larson. On August 24, Deputy Clerk Wings Hom advised the parties to agree upon an expedited briefing schedule for the motion, and the parties have done so as stated herein. Mr. Hom also stated that the Court would later advise the parties if a hearing is necessary.

The parties request that Lexar be permitted to file its opposition on or before August 31, 2005 and that Toshiba be permitted to file its Reply on or before September 6, 2005. The parties request that, if the Court deems that a hearing is necessary, that a hearing be convened as soon as practicable after the filing of Toshiba's Reply.

Lexar is seeking the depositions of four Toshiba company executives, among others. Because Lexar has reserved a conference room for September and October at the United States Consulate in Osaka for the purpose of taking these depositions, the parties are requesting that Toshiba's motion be decided upon shortened time so that, if the depositions are ordered, then the parties can possibly coordinate deposition visas and deposition scheduling in Japan before the end of October.

There have been no previous modifications to the time for filing Lexar's Opposition and Toshiba's Reply, nor have there been any previous modifications for the date of the hearing of the motion. Should it be granted, the requested shortening of time will have no impact on the case schedule.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 24, 2005 | /S/ Perry Clark |
| | | Matthew D. Powers (Bar No. 104795) |
| 3 | | matthew.powers@weil.com |
| | | Steven Cherensky (Bar No. 168275) |
| 4 | | steven.cherensky@weil.com |
| | | Perry R. Clark (Bar No. 197101) |
| 5 | | perry.clark@weil.com |
| | | WEIL, GOTSHAL & MANGES LLP |
| 6 | | Silicon Valley Office |
| | | 201 Redwood Shores Parkway |
| 7 | | Redwood Shores, CA  94065 |
| | | Telephone: (650) 802-3000 |
| 8 | | Facsimile: (650) 802-3100 |

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone:  (713) 546-5000
Facsimile:  (713) 224-9511

Attorneys for
LEXAR MEDIA, INC.

Dated: August 24, 2005             /S/ Robert F. McCauley
Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
700 Hansen Way
Palo Alto CA  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington DC  20001-4413
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

**STIPULATED REQUEST FOR ORDER SHORTENING TIME AND [PROPOSED] ORDER**          2          02-5273 MJJ (JL)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

3  Dated: 8/29/05

4  Chief U̲n̲i̲t̲e̲d̲ ̲S̲t̲a̲t̲e̲s̲ ̲ Judge

*IT IS SO ORDERED*
*Judge James Larson*