MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN S. CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
PERRY CLARK (Bar No. 197101)
E-Mail: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA
E-Mail: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendant and Counterclaim Plaintiff
LEXAR MEDIA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant.<br><br>LEXAR MEDIA, INC.,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br><br>    Counterclaim Defendant. | Case No. C 02-05273 MJJ<br><br>**STIPULATION AND [PROPOSED]<br>ORDER AUTHORIZING<br>DEPOSITIONS AT THE U.S.<br>CONSULATE IN OSAKA, JAPAN** |

1  TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
2  OF AMERICA AT OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuit. This lawsuit relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba").

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses (who will appear voluntarily) and to mark any documentary exhibits in connection therewith at the United States Consulate in Osaka-Kobe, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 14, 2005 | September 16, 2005 |
| Katsuyuki Nomura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 20, 2005 | September 21, 2005 |
| Kenichi Imamiya | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 26, 2005 | September 27, 2005 |
| Hiroshi Sukegawa | 1-1 Shibaura 1-chome, Minato- | Toshiba Corporation | September 28, 2005 | September 30, 2005 |

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| | Name | Address | Employer | Start Date | End Date |
|---|---|---|---|---|---|
| | | ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | | | |
| | Atsushi Inoue | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 3, 2005 | October 4, 2005 |
| | Minoru Kuramata | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 5, 2005 | October 6, 2005 |
| | Hiroyuki Sakamoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 11, 2005 | October 12, 2005 |
| | Junichi Kishida | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 13, 2005 | October 14, 2005 |
| | Makoto Yatabe | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 17, 2005 | October 18, 2005 |
| | Hideo Aizawa | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 19, 2005 | October 21, 2005 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

Counsel for Lexar who may participate in these depositions are Matthew D. Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Ira R. Hatton, and Kwang-chien B. Ger, and counsel for Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J. Michael Jakes, Steven Olsen, Robert F. McCauley, F. Leslie Bessenger, Lily Lim, and James Boyle. The following employees of Weil, Gotshal & Manges, the law firm representing Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Plato Mok, and Anna Malak. These proceedings may be reported by a court reporter (Anne M. Torreano and/or another court reporter from Pulone & Stromberg) and may be videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, Jenny L. Miller, and/or another videographer from McMahon & Associates) chosen by Lexar for this purpose. The proceedings may be translated by an interpreter (Sadaaki Matsutani) chosen by Lexar. A check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates, and Gerald Thomas and associates) chosen by Toshiba may attend the depositions as well. The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

1  SO STIPULATED.

2  Dated: August 25, 2005                    WEIL, GOTSHAL & MANGES LLP

4                                            By: _____/s/ Perry Clark_____
5                                                        Perry Clark
                                                  Attorneys for Defendant-
                                                  Counterclaim Plaintiff
6                                                   LEXAR MEDIA, INC.

7
   Dated: August 25, 2005                    FINNEGAN, HENDERSON, FARABOW,
8                                            GARRETT & DUNNER, LLP

10                                           By: ___/s/ Doris Johnson Hines___
                                                      Doris Johnson Hines
11                                                Attorneys for Plaintiff-
                                                  Counterclaim Defendant
12                                                 TOSHIBA CORPORATION

15  IT IS SO ORDERED.

17  8/30/2005
    Dated                                    _____
18                                           The Honorable Martin J. Jenkins