MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
PERRY R. CLARK (Bar No. 197101)
E-Mail: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA
E-Mail: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendant and Counterclaim Plaintiff
LEXAR MEDIA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>　　　　Plaintiff/Counterclaim<br>　　　　Defendant<br><br>　　v.<br><br>LEXAR MEDIA, INC.,<br><br>　　　　Defendant/Counterclaim<br>　　　　Plaintiff. | Case No. C 02-05273 MJJ (JLL)<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5(d)**<br><br>Date:　　TBD<br>Time:　　TBD<br>Ctrm:　　F, 15th Floor<br>Honorable James L. Larson |

Lexar Media, Inc. ("Lexar") hereby requests, pursuant to Civil Local Rules 7-11 and 79-5(d), an Order sealing the following documents lodged with the Court:

1. Exhibit 5 to the Declaration of Perry Clark in Support of Lexar's Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions, which is an excerpt from the deposition of Kiyoshi Kobayashi, dated July 15, 2004.

2. Exhibit 6 to the Declaration of Perry Clark in Support of Lexar's Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions, which is an excerpt from the deposition of Yoshihide Fujii, dated March 24, 2004.

3. Exhibit 7 to the Declaration of Perry Clark in Support of Lexar's Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions, which is an excerpt from the deposition of Masao Suga, dated July 8, 2004.

4. Lexar Media, Inc.'s Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions. Because only a portion of this document is sealable, Lexar has lodged with the Court a redacted version of this document as required by Civil Local Rule 79-5(d).

These documents either are, or reference, deposition excerpts that have been designated as confidential by Toshiba Corporation ("Toshiba") pursuant to the Protective Order in *Lexar Media, Inc. v. Toshiba Corp. and Toshiba America Electronic Components, Inc.*, Case No. 812458 in Santa Clara County Superior Court. Exhibits 5, 6, and 7 of the Declaration of Perry Clark in Support of Lexar's Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions have been designated as confidential in their entirety. Lexar has redacted only the confidential portions of Lexar Media, Inc.'s Opposition to Toshiba's Motion for Protective Order and Request for an Order Compelling Depositions. Accordingly, this request is narrowly tailored to seal only that material for which good cause to seal has been established.

| | | |
|---|---|---|
| 1 | Dated: August 31, 2005 | WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | By: _____/s/ Perry Clark_____ |
| 4 | | Perry Clark<br>Attorneys for Defendant |
| 5 | | LEXAR MEDIA, INC. |

IT IS SO ORDERED

*[signature]* Judge James Larson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA