MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN S. CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
PERRY CLARK (Bar No. 197101)
E-Mail: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ANITA E. KADALA
E-Mail: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendant and Counterclaim Plaintiff
LEXAR MEDIA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEXAR MEDIA, INC.,<br><br>　　　　　Defendant.<br><br>LEXAR MEDIA, INC.,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>TOSHIBA CORPORATION,<br><br>　　　　　Counterclaim Defendant. | Case No. C 02-05273 MJJ<br><br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN**<br><br>Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor |

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA AT OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuit. This lawsuit relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba").

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses (who will appear voluntarily) and to mark any documentary exhibits in connection therewith at the United States Consulate in Osaka-Kobe, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 14, 2005 | September 16, 2005 |
| Katsuyuki Nomura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 20, 2005 | September 21, 2005 |
| Kenichi Imamiya | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | September 26, 2005 | September 27, 2005 |
| Hiroshi Sukegawa | 1-1 Shibaura 1-chome, Minato- | Toshiba Corporation | September 28, 2005 | September 30, 2005 |

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| AMENDED STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN | 1 | Case No. C 02-05273 MJJ SV1:\229654\01\4X7@01!.DOC\59204.0003 |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| | ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | | | |
| Atsushi Inoue | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 3, 2005 | October 4, 2005 |
| Minoru Kuramata | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 5, 2005 | October 6, 2005 |
| Hiroyuki Sakamoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 11, 2005 | October 12, 2005 |
| Junichi Kishida | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 13, 2005 | October 14, 2005 |
| Makoto Yatabe | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 17, 2005 | October 18, 2005 |
| Hideo Aizawa | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | October 19, 2005 | October 21, 2005 |

1  Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the
2  United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United
3  States, or such other consulate as may be available, on or about the dates indicated, and authority
4  is given to mark any documentary exhibits in connection with these depositions. The testimony
5  obtained shall be used for any and all appropriate purposes.

6  Counsel for Lexar who may participate in these depositions are Matthew D.
7  Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E.
8  Kadala), Perry Clark, Ira R. Hatton, Kwang-chien B. Ger, and Michael D. Powell and counsel for
9  Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J.
10 Michael Jakes, Steven Olsen, Robert F. McCauley, F. Leslie Bessenger, Lily Lim, and James
11 Boyle. The following employees of Weil, Gotshal & Manges, the law firm representing
12 Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan,
13 William H. Talbott, Plato Mok, and Anna Malak. These proceedings may be reported by a court
14 reporter (Anne M. Torreano and/or another court reporter from Pulone & Stromberg) and may be
15 videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria
16 Hurst, Jenny L. Miller, and/or another videographer from McMahon & Associates) chosen by
17 Lexar for this purpose. The proceedings may be translated by an interpreter (Sadaaki Matsutani)
18 chosen by Lexar. A check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates,
19 and Gerald Thomas and associates) chosen by Toshiba may attend the depositions as well. The
20 parties hereby agree that the court reporter will distribute copies of the deposition transcript with
21 no further involvement of the consulate.
22 / / / /
23 / / / /
24 / / / /
25 / / / /
26 / / / /
27 / / / /
28 / / / /

AMENDED STIPULATION AND [PROPOSED] ORDER  
AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE  
IN OSAKA, JAPAN  3

Case No. C 02-05273 MJJ  
SV1:\229654\01\4X7@01!.DOC\59204.0003

1  SO STIPULATED.

2  Dated: October 4, 2005                WEIL, GOTSHAL & MANGES LLP

4                                        By: _____*/s/ Steven s. Chereksky*_____
                                              Steven S. Cherensky
5                                             Attorneys for Defendant-
                                              Counterclaim Plaintiff
6                                             LEXAR MEDIA, INC.

8  Dated: October 4, 2005                FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP

10                                       By: _____*/s/ Doris Johnson Hines*_____
                                              Doris Johnson Hines
11                                            Attorneys for Plaintiff-
                                              Counterclaim Defendant
12                                            TOSHIBA CORPORATION

14     I hereby attest that I have the authorization of Doris Johnson Hines to file this

15  document on her behalf.

17                                       _____*/s/ Steven S. Cherensky*_____
                                              Steven S. Cherensky

19  IT IS SO ORDERED.

21  10/5/2005                            [signature]
    _____                   _____
22  Dated                                The Honorable Martin J. Jenkins

---

AMENDED STIPULATION AND [PROPOSED] ORDER           Case No. C 02-05273 MJJ
AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE      SV1:\229654\01\4X7@01!.DOC\59204.0003
IN OSAKA, JAPAN                    4