1  Robert F. McCauley (Bar No. 162056)
   (robert.mccauley@finnegan.com)
2  Lily Lim (Bar No. 214536)
   (lily.lim@finnegan.com)
3  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
4  700 Hansen Way
   Palo Alto, California  94304-1016
5  Telephone:    (650) 849-6600
   Facsimile:    (650) 849-6666

6
   J. Michael Jakes (*pro hac vice*)
7  (mike.jakes@finnegan.com)
   Doris Johnson Hines (*pro hac vice*)
8  (dori.hines@finnegan.com)
   FINNEGAN, HENDERSON, FARABOW,
9   GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
10 Washington, D.C.  20001-4413
   Telephone:    (202) 408-4000
11 Facsimile:    (202) 408-4400

12 Attorneys for Plaintiff and Counterclaim Defendant
   TOSHIBA CORPORATION

FILED

NOV 1 0 2005

RICHARD W. WIEKING
[CLERK, U.S. DISTRICT COURT]
[NORTHERN DISTRICT OF CALIFORNIA]

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>        Defendant.<br><br>LEXAR MEDIA, INC.,<br><br>        Counterclaim Plaintiff,<br><br>    v.<br><br>TOSHIBA CORPORATION,<br><br>        Counterclaim Defendant. | CASE NO. C02-05273 MJJ<br><br>**PLAINTIFF TOSHIBA CORPORATION'S ADMINISTRATIVE MOTION TO FILE EXHIBITS UNDER SEAL; SUPPORTING DECLARATION OF LILY LIM, AND** [PROPOSED] **ORDER** |

## ADMINISTRATIVE MOTION

Pursuant to Civil Local Rules 7-11 and 7905, Plaintiff Toshiba Corporation ("Toshiba") hereby requests leave of the Court to file the following documents under seal in their entireties:

- Exhibits 2 and 3 to the Declaration of Lily Lim in Support of Toshiba's Reply Brief for Its Motion for Leave to File a Second Amended Complaint

## SUPPORTING DECLARATION OF LILY LIM

I, Lily Lim, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and a member of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., attorneys of record for Plaintiff Toshiba. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. Exhibits 2 and 3 to the Declaration of Lily Lim in Support of Toshiba's Reply Brief for Its Motion for Leave to File a Second Amended Complaint contain confidential information of Toshiba as defined in the protective order in this case. Disclosure of this information may put Toshiba at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on October 25, 2005, in Palo Alto, California.

By: _____/s/_____
　　　　Lily Lim

# [PROPOSED] ORDER

Upon good cause shown, **IT IS HEREBY ORDERED** that,

(1) Exhibits 2 and 3 to the Declaration of Lily Lim in Support of Toshiba's Reply Brief for Its Motion for Leave to File a Second Amended Complaint shall be received and filed under seal.

Dated: __11/10__, 2005

The Honorable Martin J. Jenkins
United States District Judge