**[APPEARANCES LISTED ON SIGNATURE PAGES]**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant-Counterclaim Plaintiff. | Case No. C 02-05273 MJJ |
| TOSHIBA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant. | Case No. C-03-00167 MJJ<br><br>Ctrm:   11, 19th Floor<br>Honorable Martin J. Jenkins |

Granted

**STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN**

STIPULATION AND [PROPOSED] ORDER AUTHORIZING
DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA,
JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

## I. DEPOSITIONS TO BE TAKEN AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA ASSIGNED TO OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuits. *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 02-05273 MJJ, relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba"). *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 03-00167 MJJ, relates to certain U.S. patents owned by Toshiba, whether those patents are valid, and whether those patents are infringed by Lexar.

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses, who will appear voluntarily, and to mark any documentary exhibits in connection therewith at the United States Consulate in Osaka-Kobe, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Yoshihisa Iwata | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 10, 2006 | January 11, 2006 |
| Riichiro Shirota | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 12, 2006 | January 13, 2006 |
| Hiroto Nakai | 1-1 Shibaura 1- | Toshiba | January 17, 2006 | January 18, 2006 |

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

1

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

| | | | | |
|---|---|---|---|---|
| | chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Corporation | | |
| Susumu Shuto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 20, 2006 | January 20, 2006 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

Counsel for Lexar who may participate in these depositions are Matthew D. Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Michael D. Powell, Ira R. Hatton, Kwang-chien B. Ger, Yen Nguyen, Michael D. Lane, and Jinyung Lee. Counsel for Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J. Michael Jakes, Steven Olsen, Robert F. McCauley, F. Leslie Bessenger, Lily Lim, James Boyle, William Enos, Richard Kelly, Michael McCabe, Robert Mattson, Carl Schlier, Steven Weihrouch, and Kenneth Wilcox. The following employees of Weil, Gotshal & Manges, the law firm representing Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Anna Malak, Danielle Johnson, Steven Papazian, and Khoa Nguyen. These proceedings may be reported by a court reporter (Anne M. Torreano and/or Diane Martin from Pulone & Stromberg) and may be videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, and/or Jenny L. Miller from McMahon & Associates) chosen by Lexar for this purpose.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

2

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

1. The proceedings may be translated by an interpreter (Sadaaki Matsutani) chosen by Lexar. A check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates, Gerald Thomas and associates, Naoko Okamoto, and/or another interpreter) chosen by Toshiba may attend the depositions as well.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING
DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA,
JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

3

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

## II. DEPOSITIONS TO BE TAKEN AT THE U.S. EMBASSY IN TOKYO, JAPAN

TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA ASSIGNED TO TOKYO, JAPAN

This request is made in conjunction with the above-captioned lawsuits. *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 02-5273 MJJ, relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba"). *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 03-00167 MJJ, relates to certain U.S. patents owned by Toshiba, whether those patents are valid, and whether those patents are infringed by Lexar.

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses, who will appear voluntarily, and to mark any documentary exhibits in connection therewith at the United States Embassy in Tokyo, Japan:

| Deponent | Address | Employer | Commencing On Or About[2] | Terminating On Or About |
|---|---|---|---|---|
| Katsuyuki Nomura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 23, 2006 | January 24, 2006 |
| Yoshiyuki Tanaka | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 25, 2006 | January 27, 2006 |
| Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105- | Toshiba Corporation | February 1, 2006 | February 3, 2006 |

---

[2] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| | Name | Address | Employer | Deposition Start | Deposition End |
|---|---|---|---|---|---|
| | | 8001, Japan (Business address of Toshiba Corporation) | | | |
| | Yoshiyuki Tanaka | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 13, 2006 | February 14, 2006 |
| | Yasuo Itoh | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 15, 2006 | February 16, 2006 |
| | Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 21, 2006 | February 22, 2006 |
| | Yutaka Okamoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 23, 2006 | February 24, 2006 |
| | Masaki Momodomi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 27, 2006 | February 28, 2006 |
| | Hideo Kato | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 1, 2006 | March 2, 2006 |
| | Kaoru Tokushige | 1-1 Shibaura 1-chome, Minato- | Toshiba Corporation | March 3, 2006 | March 7, 2006 |

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

5

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

| | | | | |
|---|---|---|---|---|
| | ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | | | |
| Akihisa Fujimoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 8, 2006 | March 9, 2006 |
| Hiroshi Nakamura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 10, 2006 | March 13, 2006 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Embassy in Tokyo, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

Counsel for Lexar who may participate in these depositions are Matthew D. Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Michael D. Powell, Ira R. Hatton, Kwang-chien B. Ger, Yen Nguyen, Michael D. Lane, and Jinyung Lee. Counsel for Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J. Michael Jakes, Steven Olsen, Robert F. McCauley, F. Leslie Bessenger, Lily Lim, James Boyle, William Enos, Richard Kelly, Michael McCabe, Robert Mattson, Carl Schlier, Steven Weihrouch, and Kenneth Wilcox. The following employees of Weil, Gotshal & Manges, the law firm representing Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Anna Malak,

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

6

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

1  Danielle Johnson, Steven Papazian, and Khoa Nguyen.  These proceedings may be reported by a
2  court reporter (Anne M. Torreano and/or Diane Martin from Pulone & Stromberg) and may be
3  videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria
4  Hurst, and/or Jenny L. Miller from McMahon & Associates) chosen by Lexar for this purpose.
5  The proceedings may be translated by an interpreter (Sadaaki Matsutani) chosen by Lexar.  A
6  check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates, Gerald Thomas and
7  associates, Naoko Okamoto, and/or another interpreter) chosen by Toshiba may attend the
8  depositions as well.

STIPULATION AND [PROPOSED] ORDER AUTHORIZING
DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA,
JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

7

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003

SO STIPULATED.

Dated: December 12, 2005                By: _____/S/_____

                                        ROBERT F. MCCAULEY (Bar No. 162056)
                                        E-Mail: robert.mccauley@finnegan.com
                                        FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.
                                        Stanford Research Park
                                        3300 Hillview Avenue
                                        Palo Alto, California 94304-1203
                                        Telephone: (650) 849-6600
                                        Facsimile: (650) 849-6666

                                        J. MICHAEL JAKES
                                        E-Mail: mike.jakes@finnegan.com
                                        DORIS JOHNSON HINES
                                        E-Mail: dori.hines@finnegan.com
                                        FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, L.L.P.
                                        901 New York Ave., N.W.
                                        Washington, DC 20001-4413
                                        Telephone: (202) 408-4000
                                        Facsimile: (202) 408-4400

                                        ARTHUR I. NEUSTADT
                                        E-Mail: aneustadt@oblon.com
                                        RICHARD D. KELLY
                                        E-Mail: rkelly@oblon.com
                                        CARL E. SCHLIER
                                        E-Mail: cschlier@oblon.com
                                        OBLON, SPIVAK, MCCLELLAND,
                                        MAIER & NEUSTADT, P.C.
                                        1940 Duke Street
                                        Alexandria, Virginia 22314
                                        Telephone: (703) 413-3000
                                        Facsimile: (703) 413-2220

                                        Attorneys for Plaintiff TOSHIBA CORP.

Dated: December 12, 2005                By: _____/S/_____

                                        MATTHEW D. POWERS (Bar No. 104795)
                                        E-Mail: matthew.powers@weil.com
                                        STEVEN CHERENSKY (Bar No. 168275)
                                        E-Mail: steven.cherensky@weil.com
                                        PERRY CLARK (Bar No. 197101)
                                        E-Mail: perry.clark@weil.com
                                        WEIL, GOTSHAL & MANGES LLP
                                        Silicon Valley Office
                                        201 Redwood Shores Parkway
                                        Redwood Shores, CA 94065
                                        Telephone: (650) 802-3000

Facsimile: (650) 802-3100

ANITA E. KADALA
E-Mail: anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, Texas 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendant LEXAR MEDIA, INC.

I hereby attest that I have the authorization of Robert McCauley and Carl Schlier to file this document on their behalf.

Dated: December 12, 2005

                    /S/
              Perry Clark

IT IS SO ORDERED.

12/21/2005
Dated

The Honorable Martin J. Jenkins

STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN

9

Case No. C 03-00167 MJJ
SV1:\236888\01\52s801!.DOC\59204.0003