1   [APPEARANCES LISTED ON SIGNATURE
2   PAGES]

*E-filing*

**FILED**

JAN 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>  Plaintiff-Counterclaim Defendant,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>  Defendant-Counterclaim Plaintiff. | Case No. C 02-05273 MJJ |
| TOSHIBA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>  Defendant. | Case No. C 03-00167 MJJ<br><br>Ctrm:   11, 19th Floor<br>Honorable Martin J. Jenkins |

**AMENDED STIPULATION AND [PROPOSED] ORDER AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN AND AT THE U.S. EMBASSY IN TOKYO, JAPAN**

AMENDED STIP. AND [PROPOSED] ORDER
AUTHORIZING DEPOSITIONS AT THE U.S. CONSULATE
IN OSAKA AND AT THE U.S. EMBASSY IN TOKYO

Case No. C 03-00167 MJJ
SV1:\238793\01\5495011.DOC\59204.0003

I. **DEPOSITIONS TO BE TAKEN AT THE U.S. CONSULATE IN OSAKA-KOBE, JAPAN**

TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA ASSIGNED TO OSAKA-KOBE, JAPAN

This request is made in conjunction with the above-captioned lawsuits. *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 02-05273 MJJ, relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba"). *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 03-00167 MJJ, relates to certain U.S. patents owned by Toshiba, whether those patents are valid, and whether those patents are infringed by Lexar.

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses, who will appear voluntarily, and to mark any documentary exhibits in connection therewith at the United States Consulate in Osaka-Kobe, Japan:

| Deponent | Address | Employer | Commencing On Or About[1] | Terminating On Or About |
|---|---|---|---|---|
| Yoshihisa Iwata | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 10, 2006 | January 11, 2006 |
| Riichiro Shirota | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 12, 2006 | January 13, 2006 |
| Hiroto Nakai | 1-1 Shibaura 1- | Toshiba | January 17, 2006 | January 18, 2006 |

---

[1] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| | | | | |
|---|---|---|---|---|
| | chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Corporation | | |
| Susumu Shuto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 20, 2006 | January 20, 2006 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Consulate in Osaka-Kobe, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

Counsel for Lexar who may participate in these depositions are Matthew D. Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Michael D. Powell, Ira R. Hatton, Kwang-chien B. Ger, Yen Nguyen, Michael D. Lane, and Jinyung Lee. Counsel for Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J. Michael Jakes, Steven Olsen, Robert F. McCauley III, F. Leslie Bessenger III, Lily Lim, James Boyle, William Enos, Richard Kelly, Michael McCabe, Robert Mattson, Carl Schlier, Steven Weihrouch, and Kenneth Wilcox. The following employees of Weil, Gotshal & Manges, the law firm representing Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Anna Malak, Danielle Johnson, Steven Papazian, and Khoa Nguyen. These proceedings may be reported by a court reporter (Anne M. Torreano and/or Diane Martin from Pulone & Stromberg) and may be videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, and/or Jenny L. Miller from McMahon & Associates) chosen by Lexar for

1  this purpose. The proceedings may be translated by an interpreter (Sadaaki Matsutani) chosen by
2  Lexar. A check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates, Gerald
3  Thomas and associates, Naoko Okamoto, and/or another interpreter) chosen by Toshiba may
4  attend the depositions as well.

II. **DEPOSITIONS TO BE TAKEN AT THE U.S. EMBASSY IN TOKYO, JAPAN**

TO:   ANY CONSUL OR VICE CONSUL OF THE UNITED STATES OF AMERICA ASSIGNED TO TOKYO, JAPAN

This request is made in conjunction with the above-captioned lawsuits. *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 02-5273 MJJ, relates to certain U.S. patents owned by Lexar Media, Inc. ("Lexar"), whether those patents are valid, and whether those patents are infringed by Toshiba Corporation ("Toshiba"). *Toshiba Corp. v. Lexar Media, Inc.*, Case No. C 03-00167 MJJ, relates to certain U.S. patents owned by Toshiba, whether those patents are valid, and whether those patents are infringed by Lexar.

Upon the stipulation of the parties and pursuant to Fed. R. Civ. P. 30 and Article 17 of the United States-Japan Consular Convention, you have been duly appointed to permit, and counsel are hereby authorized to take, the oral depositions of the following witnesses, who will appear voluntarily, and to mark any documentary exhibits in connection therewith at the United States Embassy in Tokyo, Japan:

| Deponent | Address | Employer | Commencing On Or About[2] | Terminating On Or About |
|---|---|---|---|---|
| Katsuyuki Nomura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 23, 2006 | January 24, 2006 |
| Yoshiyuki Tanaka | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | January 25, 2006 | January 27, 2006 |
| Hiroto Nakai | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105- | Toshiba Corporation | January 30, 2006 | January 31, 2006 |

---

[2] The parties have agreed to continue to work on finalizing the dates for these depositions, which may be subject to change.

| Name | Address | Employer | Begin Date | End Date |
|---|---|---|---|---|
| | 8001, Japan (Business address of Toshiba Corporation) | | | |
| Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 1, 2006 | February 3, 2006 |
| Yoshiyuki Tanaka | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 14, 2006 | February 15, 2006 |
| Yasuo Itoh | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 16, 2006 | February 17, 2006 |
| Ken Takeuchi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 21, 2006 | February 22, 2006 |
| Yutaka Okamoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 23, 2006 | February 24, 2006 |
| Masaki Momodomi | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | February 27, 2006 | February 28, 2006 |
| Hideo Kato | 1-1 Shibaura 1-chome, Minato- | Toshiba Corporation | March 1, 2006 | March 2, 2006 |

| Name | Address | Employer | Start Date | End Date |
|---|---|---|---|---|
| | ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | | | |
| Kaoru Tokushige | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 3, 2006 | March 7, 2006 |
| Akihisa Fujimoto | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 8, 2006 | March 9, 2006 |
| Hiroshi Nakamura | 1-1 Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan (Business address of Toshiba Corporation) | Toshiba Corporation | March 10, 2006 | March 13, 2006 |

Accordingly, IT IS HEREBY ORDERED that these depositions be taken at the United States Embassy in Tokyo, Japan, before any Consul or Vice Consul of the United States, or such other consulate as may be available, on or about the dates indicated, and authority is given to mark any documentary exhibits in connection with these depositions. The testimony obtained shall be used for any and all appropriate purposes.

The parties hereby agree that the court reporter will distribute copies of the deposition transcript with no further involvement of the consulate.

Counsel for Lexar who may participate in these depositions are Matthew D. Powers, David Healey, Steven S. Cherensky, Christopher J. Cox, Ana E. Kadala ("Anita" E. Kadala), Perry Clark, Michael D. Powell, Ira R. Hatton, Kwang-chien B. Ger, Yen Nguyen, Michael D. Lane, and Jinyung Lee. Counsel for Toshiba who may participate in these depositions include Doris Johnson Hines, Steven L. Park, J. Michael Jakes, Steven Olsen, Robert

1    F. McCauley III, F. Leslie Bessenger III, Lily Lim, James Boyle, William Enos, Richard Kelly, Michael McCabe, Robert Mattson, Carl Schlier, Steven Weihrouch, and Kenneth Wilcox. The following employees of Weil, Gotshal & Manges, the law firm representing Defendant Lexar, may also participate in these depositions: John P. Brinkmann, Allen Wan, William H. Talbott, Anna Malak, Danielle Johnson, Steven Papazian, and Khoa Nguyen. These proceedings may be reported by a court reporter (Anne M. Torreano and/or Diane Martin from Pulone & Stromberg and/or Jodi Harmon from American Realtime Court Reporters) and may be videotaped by a videographer (Michael M. McMahon, Kevin M. McMahon, David Manzo, Maria Hurst, and/or Jenny L. Miller from McMahon & Associates and/or Paul Diserio from Legal Video Asia) chosen by Lexar for this purpose. The proceedings may be translated by an interpreter (Sadaaki Matsutani and/or Kaoru Tamura) chosen by Lexar. A check interpreter (Naomi Tsuji, Grace Liu, Bruce Holcombe and associates, Gerald Thomas and associates, Naoko Okamoto, and/or another interpreter) chosen by Toshiba may attend the depositions as well.

| | | | |
|---|---|---|---|
| 1 | SO STIPULATED. | | |
| 2 | Dated: January 18, 2006 | By: | /S/ |
| 3 | | ROBERT F. MCCAULEY (Bar No. 162056) | |
| | | E-Mail: robert.mccauley@finnegan.com | |
| 4 | | FINNEGAN, HENDERSON, FARABOW, | |
| | | GARRETT & DUNNER, L.L.P. | |
| 5 | | Stanford Research Park | |
| | | 3300 Hillview Avenue | |
| 6 | | Palo Alto, California 94304-1203 | |
| | | Telephone: (650) 849-6600 | |
| 7 | | Facsimile: (650) 849-6666 | |

SO STIPULATED.

Dated: January 18, 2006                    By: _____/S/_____

ROBERT F. MCCAULEY (Bar No. 162056)
E-Mail: robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. MICHAEL JAKES
E-Mail: mike.jakes@finnegan.com
DORIS JOHNSON HINES
E-Mail: dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

ARTHUR I. NEUSTADT
E-Mail: aneustadt@oblon.com
RICHARD D. KELLY
E-Mail: rkelly@oblon.com
CARL E. SCHLIER
E-Mail: cschlier@oblon.com
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314
Telephone: (703) 413-3000
Facsimile: (703) 413-2220

Attorneys for Plaintiff TOSHIBA CORP.

Dated: January 18, 2006                    By: _____/S/_____

MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
STEVEN CHERENSKY (Bar No. 168275)
E-Mail: steven.cherensky@weil.com
PERRY CLARK (Bar No. 197101)
E-Mail: perry.clark@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

```
 1                                           Facsimile: (650) 802-3100

 2                                           ANITA E. KADALA
                                             E-Mail: anita.kadala@weil.com
 3                                           WEIL, GOTSHAL & MANGES LLP
                                             Houston Office
 4                                           700 Louisiana, Suite 1600
                                             Houston, Texas 77002
 5                                           Telephone: (713) 546-5000
                                             Facsimile: (713) 224-9511
 6
                                             Attorneys for Defendant LEXAR MEDIA,
 7                                           INC.

 8

 9        I hereby attest that I have the authorization of Robert McCauley and Carl Schlier

10   to file this document on their behalf.

11   Dated: January 18, 2006                          /S/
                                                   Perry Clark
12

13
     IT IS SO ORDERED.
14

15   ___1/24/2006_____                    _____
     Dated                                    The Honorable Martin J. Jenkins
16
```