**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>              Plaintiff,<br><br>  v.<br><br> LEXAR MEDIA,INC.,<br><br>              Defendant.  / | No. C02-05273 MJJ<br><br>**ORDER RE-SETTING MOTION FOR SUMMARY JUDGMENT** |

Pending before the Court is Toshiba Corporation's Motion for Summary Judgment (Doc. #240) currently set for hearing on March 21, 2006. The Court hereby **VACATES** this hearing date and **RE-SETS** the Motion for Summary Judgment for hearing on **Wednesday, May 17, 2006, at 2:30 p.m.**.

**IT IS SO ORDERED.**

Dated: March 17, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE