UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA CORPORATION, et al., | No. C 02-5273 MJJ  (JL) |
| Plaintiffs, | |
| v. | **ORDER**<br>**(Granting Docket # 272)** |
| LEXAR MEDIA, INC, | |
| Defendants. | |

The Court received the parties' joint statement regarding its discovery order issued February 22nd. Toshiba also seeks clarification from this Court: (1) whether the order encompasses Toshiba's USB products, which Toshiba contends Lexar never identified in its infringement contentions and (2) whether the order requires Toshiba to provide Rule 30(b)(6) testimony on products on which it contends it has already provided Rule 30(b)(6) testimony.

The parties met and conferred, albeit by telephone. On March 9th Toshiba filed with the district court (Hon. Martin J. Jenkins) its objections to this Court's February 22nd discovery order, along with a request for additional time to comply, should the district court affirm this Court's order (Docket number 268).

This Court reviewed the parties' joint statement and finds no basis to reconsider its earlier order. The Court finds that the limitations sought by Toshiba, that is, to exclude its

USB products and to limit 30(b)(6) deposition testimony, are unjustified and misinterpret this Court's order.

Accordingly, Toshiba is ordered to comply with the February 22 order as issued, with the proviso, of course, that this order is without prejudice to review by the district court, should Judge Jenkins elect to set a briefing schedule on Toshiba's objection or overrule this Court's order, as provided by Civil Local Rule 72-2:

> "If no order denying the motion or setting a briefing schedule is made within 15 days of filing the objection, the objection shall be deemed denied. The Clerk shall notify parties when an objection has been deemed denied."

The fifteenth day following Toshiba's objection is Friday March 24th. If no order has issued from the district court by the following business day, March 27th, then, pursuant to Civil Local Rule 72-2, Toshiba's objection shall be deemed denied and compliance with the February 22nd order shall be due immediately.

IT IS SO ORDERED.

DATED: March 22, 2006

_____
JAMES LARSON
Chief Magistrate Judge