UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOSHIBA CORPORATION, et al., | No. C 02-5273 MJJ  (JL) |
| Plaintiffs, | |
| v. | **ORDER** |
| LEXAR MEDIA, INC, | |
| Defendants. | |
| And Related Case C-03-0167 MJJ | |

All discovery in this case has been referred by the district court (Hon. Martin J. Jenkins) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72. Before the Court are the following discovery motions in the two related cases, with docket numbers:

C-02-5273 MJJ (JL),Toshiba v Lexar, Discovery Dispute between Lexar and non-party SanDisk (286);

C-02-5273 MJJ (JL),Toshiba v Lexar, Discovery Dispute between Lexar and Toshiba re compliance with Court's previous orders (288);

C-02-5273 MJJ (JL), Toshiba v Lexar, SanDisk motion to quash Lexar subpoena or for protective order (311);

C-03-0167 MJJ (JL), Toshiba v Lexar, Joint Letter re 3 discovery disputes (108);

1  C-03-0167 MJJ (JL), Toshiba v. Lexar, Defendant's motion to compel non-party
2  Hynix to produce documents (110);

3  The Court hereby orders all counsel involved with any of these motions to meet and
4 confer in person and provide to the Court a statement on the status of their disputes no
5 less than one week prior to the hearing on these motions, which the Court is now
6 scheduling for August 16, 2006 at 9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate
7 Avenue.

8  The statement shall include who attended the meet and confer session or sessions,
9 what discovery issues they discussed and what proposed solutions they offered and to
10 which of these the parties were able to agree. Finally the parties and non-parties shall
11 advise the Court which, if any, of these disputes remain for resolution by the Court at the
12 hearing.

13  IT IS SO ORDERED.

14 DATED: June 26, 2006

_____
JAMES LARSON
Chief Magistrate Judge