JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Non-Party
SanDisk Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEXAR MEDIA, INC.,<br><br>  Defendant.<br><br>LEXAR MEDIA, INC.,<br><br>  Counterclaim Plaintiff.<br><br>  v.<br><br>TOSHIBA CORPORATION,<br><br>  Counterclaim Defendant. | CASE NO.: 02-CV-5273 MJJ<br><br>[~~P~~**ROPOSED**]<br>**ORDER GRANTING SANDISK'S ADMINISTRATIVE MOTION TO FILE EXHIBIT 1 TO THE DECLARATION OF E. EARLE THOMPSON UNDER SEAL** |

[PROPOSED] ORDER GRANTING
ADM. REQUEST FILE UNDER SEAL
CASE NO. 02-CV-5273 MJJ

C:\NrPortbl\PALIB1\DAG\2884462_1.DOC

1   Upon good cause shown, **IT IS HEREBY ORDERED** that Exhibit 1 to the Declaration
of E. Earle Thompson, dated May 25, 2006 be filed under seal by the Clerk.

Dated: __August 9___, 2006

By: _____
Hon. *[signature: Judge James Larson]*

*IT IS SO ORDERED*
*Judge James Larson*
*United States District Court, Northern District of California*