**[APPEARANCES LISTED ON SIGNATURE PAGES]**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>Plaintiff–Counterclaim Defendant<br>v.<br><br>LEXAR MEDIA, INC.,<br><br>Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL) |
| LEXAR MEDIA, INC.,<br><br>Plaintiff-Counterclaim Defendant<br>v.<br><br>FUJI PHOTO FILM USA, INC.,<br><br>Defendant-Counterclaim Plaintiff | Case No. 03-CV-00355 MJJ |

**STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; [~~PROPOSED~~] ORDER**

The parties have met and conferred and agree that a short extension of time will be needed to complete expert discovery. Accordingly, the parties hereby stipulate that, with the Court's permission, the current schedule set forth in the June 12, 2006 Proposed Order, which has not been entered by the Court, be modified as follows.

| Event | June 12, 2006 Proposed Order | Proposed Date |
|---|---|---|
| Rebuttal expert reports | August 9, 2006 | August 16, 2006 |
| Complete expert discovery | August 28, 2006 | September 8, 2006 |

By his signature below, counsel for Lexar attests under penalty of perjury that counsel for the parties concur in the filing of this Stipulation.

Dated: August 4, 2006

/s/ *Steven Cherensky*

Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
chris.cox@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Anita E. Kadala
anita.kadala@weil.com
WEIL, GOTSHAL & MANGES LLP
Houston Office
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for LEXAR MEDIA, INC.

Dated: August 4, 2006

/s/ *Robert McCauley*

Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
3300 Hillview Ave.
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for TOSHIBA CORPORATION

Dated: August 4, 2006

/s/ *Jeffrey Sullivan*

Jeffrey L. Bleich (Bar No. 144340)
E-Mail: jeff.bleich@mto.com
MUNGER, TOLLES & OLSON L.L.P.
560 Mission Street, 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Robert C. Scheinfeld
E-Mail: robert.scheinfeld@bakerbotts.com
Jeffrey D. Sullivan
E-Mail: jeffrey.sullivan@bakerbotts.com
Eliot D. Williams
E-Mail: eliot.williams@bakerbotts.com
BAKER BOTTS, L.L.P.
30 Rockefeller Plaza, 44th Floor
New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

Attorneys for FUJI PHOTO FILM USA, INC.

**SUPPORTING DECLARATION OF STEVEN CHERENSKY**

I, Steven Cherensky, declare as follows:

1. I am an attorney admitted to practice in the State of California and the United States District Court for the Northern District of California, and am a member of the firm Weil, Gotshal & Manges L.L.P., attorneys of record for Lexar Media, Inc. The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2. The factual representations made above in the above Stipulation are true. The parties have met and conferred and agree that the schedule in this case should be extended, as requested above, to permit the orderly completion of expert reports and discovery.

3. There have not been any prior modifications to the June 12, 2006 Proposed Order. The June 12, 2006 Proposed Order modified the Court's May 21, 2006 Scheduling Order. The May 21, 2006 Scheduling Order modified the April 10, 2006 Scheduling Order. The April 10, 2006 Scheduling Order modified the February 6, 2006 Scheduling Order, which modified the schedule set in a June 8, 2005 Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 4, 2006 at Redwood Shores, California.

*/s/ Steven Cherensky*

Steven Cherensky

STIPULATED EXTENSION OF CASE SCHEDULE; SUPPORTING DECLARATION; PROPOSED ORDER

4

CASE NOS. 02-5273 MJJ (JL), 03-CV-00355 MJJ
SV1:\253092\02\5F@C02!.DOC\11065.0003

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/31/2006

The Honorable Martin J. Jenkins
United States District Court Judge