**[APPEARANCES LISTED ON SIGNATURE PAGES]**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIBA CORPORATION,<br><br>    Plaintiff-Counterclaim Defendant<br>    v.<br><br>LEXAR MEDIA, INC.,<br><br>    Defendant-Counterclaim Plaintiff | Case No. 02-CV-05273 MJJ (JL)<br><br>JOINT STIPULATION OF DISMISSAL<br>WITH PREJUDICE; [███████████]<br>ORDER |

Pursuant to the provisions of Fed.R.Civ.P. Rule 41(a)(1)(ii), Toshiba Corporation and Lexar Media, Inc., both parties to the above-entitled actions, by and through their respective attorneys, do hereby stipulate to dismiss the above-entitled actions in their entirety, with prejudice, each side to bear its own attorneys' fees and costs.

By his signature below, counsel for Toshiba Corporation attests that counsel for Lexar Media, Inc. concur in the filing of this document.

Dated: September 19, 2006

/s/ *Robert F. McCauley*

Robert F. McCauley (Bar No. 162056)
robert.mccauley@finnegan.com
FINNEGAN, HENDERSON, FARROW,
    GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

J. Michael Jakes
mike.jakes@finnegan.com
Doris Johnson Hines
dori.hines@finnegan.com
FINNEGAN, HENDERSON, FARROW,
    GARRETT & DUNNER, L.L.P.
901 New York Ave, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for
TOSHIBA CORPORATION

Dated: September 19, 2006

/s/ *Steven Cherensky*

Matthew D. Powers (Bar No. 104795)
matthew.powers@weil.com
Steven Cherensky (Bar No. 168275)
steven.cherensky@weil.com
Christopher J. Cox (Bar No. 151650)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Jonathan M. James
jjames@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Facsimile:  (602) 351-7000

Stefani Shanberg (Bar No. 206717)
sshanberg@perkinscoie.com
PERKINS COIE, LLP.
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:  (415) 344-7000
Facsimile:  (415) 344-7050

Attorneys for LEXAR MEDIA, INC.

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE;
██████ ORDER
tk-206074

Case No. 02-5273 MJJ (JL)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___9/26_____, 2006

_____
The Honorable Martin J. Jenkins
United States District Court Judge

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE;
[■■■■■■■] ORDER
tk-206074

Case No. 02-5273 MJJ (JL)